

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 21, 2022

**VIA ECF**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States v. Terence Jab Wilkenson,* **22 Mag. 3267**

Dear Judge Davison:

    On April 8, 2022, the Court held an initial appearance in a Rule 5(c)(3) proceeding in connection with the above-referenced defendant's pending federal indictment in the Middle District of Pennsylvania. The Court scheduled a conference for April 22, 2022, at 10:00am in order to receive a status update.

    The Government writes to notify the Court that the defendant has arrived in the Middle District of Pennsylvania and is scheduled to have an initial appearance in that district today. Accordingly, the Government respectfully requests that the April 22 conference in this matter be adjourned.

*[Handwritten: 4/22 hearing cancelled.]*

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

**APPLICATION GRANTED**
*[signature]*
Hon. Paul E. Davison, U.S.M.J.
4/21/22

By:   /s/ Qais Ghafary
      Qais Ghafary
      Assistant United States Attorney
      Tel: (914) 993-1930

Cc: Jason Ser, Esq. (via ECF)