# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
United States District Court
Southern District of New York

Mag. Dkt. No. 22 Mag. 3267 ~~3269~~

USAO No. 2022R00485

Date 9/26/22

The Government respectfully requests the Court to dismiss without prejudice the

Complaint ☐    Removal Proceedings ✔ in

United States v. **Terence Jab Wilkenson**

The Complaint/Rule 40 Affidavit was filed on 4/8/22 (Rule 5(c)(3) affidavit)

*U.S. Marshals please withdraw warrant*

QAIS GHAFARY
Digitally signed by QAIS GHAFARY
Date: 2022.09.26 11:42:47 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: 9-26-2022

*[signature]*
UNITED STATES MAGISTRATE JUDGE

Distribution: Court; U.S. Marshals; Pretrial Services; AUSA

2020.07.13